## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

JUAN CARUSO              )
                               )

     Plaintiff          )
                               )

                               )     Civil Action No.:  1:16 CV  12333
     v.                )
                               )

AMERICAN AIRLINES, INC.    )
                               )

     Defendant      )
_____ )

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Plaintiff ("Juan Caruso") and Defendant, American Airlines, Inc. ("American") (collectively the "Parties"), submit this Joint Statement pursuant to Fed. R. Civ. P. 16(b), Local Rule 16.1. and in connection with the Scheduling Conference set for December 19, 2016 at 10:30 AM.  The Parties have conferred in accordance with Fed. R. Civ. P. 26(f) with respect to the preparation of this Joint Statement.

## I.    BACKGROUND

### *Plaintiff's Claims*

Mr. Caruso was a fare paying passenger aboard American Airlines Flight Number AA954 at the time of the incident giving rise to this action.  At the time of takeoff, there was a sudden and hard stop on the runway.  This sudden and hard stop caused Mr. Caruso's body to be thrown about inside said aircraft.

This sudden and hard stop was caused by the negligence of the Defendant's agents,

1

servants, and/or employees.  As a result, Mr. Caruso suffered injuries to his right arm, neck, and back.  He went to the emergency room and also received follow up treatment at Beth Israel Deaconess Medical Center and Newton Wellesley Hospital.  Mr. Caruso seeks to be compensated for his injuries, lost profits, and medical bills caused by this incident.

### *Defendant American's Position*

American's position is that Mr. Caruso was a passenger, on flight AA954 leaving Boston on August 26, 2014.  The destination of the flight was Buenos Aires, Argentina.  When the plane was taking off from Logan Airport, the plane was hit with unexpected strong cross winds.  For safety purposes, the take-off was aborted and the plane decelerated was scheduled to wait prior to attempting another take-off to allow the brakes to cool for safety reasons.  The plane's deceleration is comparable in force to a normal landing.

The Plaintiff requested to be taken off the plane as he alleged an injury caused by the deceleration of the aircraft.  He was the only passenger who claimed an injury.  He voluntarily got off the plane, was certified to travel on the next flight, and he proceeded to take a flight to Argentina the following day.  American denies that the Plaintiff had an injury caused by the aborted take-off.

## II.     PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE

The parties propose discussing the proposed pre-trial case schedule set forth below.

## III.    PROPOSED DISCOVERY PLAN AND PRE-TRIAL SCHEDULE

The Parties confirm their obligation to limit discovery as set forth in Fed. R. Civ. P. 26(b) and Local Rule 26.1(C).  The Parties further agree that the issues in this case will likely be elucidated following modest amounts of discovery, and therefore, conducting discovery in phases is not necessary.  The Parties propose the following discovery and pre-trial schedule:

1.  **Initial Disclosures**.  Initial Disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by F

2.      **Amendment to Pleadings**.  Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after April 30, 2017.

3.      **Fact Discovery—Interim Deadlines**

   a.  All requests for production of documents and interrogatories must be served no later than June 1, 2017.

   b.  All requests for admissions must be served no later than June 1, 2017.

   c.  All depositions, other than expert depositions, must be completed no later than September 31, 2017.

4.      **Fact Discovery – Final Deadline.**  All discovery, other than expert discovery, must be completed no later than October 29, 2017.

5.      **Expert Discovery.**

   a.  Plaintiff's trial expert(s), consisting not of paid experts but of the Plaintiff's medical care providers who will testify at trial concerning the nature, cause, extent of the Plaintiff's injuries and the reasonableness of his medical bills pursuant to Massachusetts Substantive Law, M.G.L Ch. 233 Sec 79G, must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, no later than September 31, 2017.

   b.  Defendant's trial expert(s) must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed no later than November 1,  2017.

   c.  The depositions of all trial experts must be completed no later than January 15, 2017, with the deposition of Plaintiff's expert(s) to precede the deposition of Defendant's expert(s).

6.      **Dispositive Motions.**

   a.  Dispositive Motions such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings must be filed no later than February 27, 2018.

   b.  Opposition to dispositive motions must be filed within twenty 20 days after service of the motion

   c.   Reply briefs may be filed within ten (10) days after service of an Opposition.

IV.    **MAGISTRATE JUDGE**

     The parties do consent to trial by Magistrate Judge.

V.    **SETTLEMENT PROPOSALS REQUIRED BY LOCAL RULE 16.1(C)**

     Plaintiff delivered American its settlement demand pursuant to Local Rule 16.1(c) on

January 19, 2017.

VI.    **CERTIFICATION OF CONFERENCE REGARDING BUDGET AND ALTERNATIVE DISPUTE RESOLUTION**

     The parties will file their certifications, pursuant to Local Rule 16.1(D)(3), under separate

cover.

| | |
|---|---|
| Respectfully Submitted | Respectfully submitted, |
| AMERICAN AIRLINES INC. | JUAN CARUSO. |
| By its Attorney | By His attorney |
| | |
| *s/* David J. Volkin | /s/  Victor G. Desousa |
| David Volkin, Esq. | Victor G. Desousa, Esq. |
| BBO#:630743 | BBO#:639561 |
| The Law Offices of | Law Offices of Sherwin L. Kantrovitz P.C. |
| David J. Volkin | 6 Beacon Street, Suite 305 |
| One Boston Place, Ste 2600 | Boston, MA 02108 |
| (617) 235-7277 | (617) 426-7779 |
| djvolkin@volkinlaw.com | victor@sherwinkantrovitz.comcastbiz.net |